**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Antoine Nguyen <br> Debtor(s) | CHAPTER 13 <br><br> BKY. NO. 17-15020 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

    Respectfully submitted,

    **/s/ Matteo S. Weiner, Esquire**
    Matteo S. Weiner, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322 FAX (215) 627-7734