United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-15020-elf
Antoine Nguyen                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Jennifer              Page 1 of 2              Date Rcvd: Jan 24, 2018
                              Form ID: pdf900             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2018.
db           +Antoine Nguyen,    2076 Hayward Avenue,    Pennsburg, PA 18073-1275
13980657     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: AmeriCredit Financial Services, Inc.,    dba GM Financial,
              P O Box 183853,    Arlington, TX 76096)
13957084     +AmeriCredit/GM Financial,    Po Box 183853,   Arlington, TX 76096-3853
13957085     +AmeriCredit/GM Financial,    Po Box 181145,   Arlington, TX 76096-1145
13957089     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238)
13957088     +Capital One,   Attn: Bankruptcy,    Po Box 30253,   Salt Lake City, UT 84130-0253
13977851      ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
13957093     +Ecmc,   111 Washington Ave S Ste,    Minneapolis, MN 55401-6800
13957092     +Ecmc,   Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
              Salt Lake City, UT 84130-0258
13957099     +Trojan Professional Se,    4410 Cerritos Ave,   Los Alamitos, CA 90720-2549
13957100     +Young, Marr & Associates, LLC,    3554 Hulmeville Road,   Suite 102,    Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Jan 25 2018 03:03:31     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 25 2018 03:02:56
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 25 2018 03:03:15     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: blegal@phfa.org Jan 25 2018 03:03:05     Pennsylvania Housing Finance Agency,
              211 N. Front Street,   Harrisburg, PA  17101,   U.S.A. 17101-1406
13957086     +E-mail/Text: banko@berkscredit.com Jan 25 2018 03:02:38     Berks Credit & Collections,
              Po Box 329,   Temple, PA 19560-0329
13957087     +E-mail/Text: banko@berkscredit.com Jan 25 2018 03:02:38     Berks Credit & Collections,
              900 Corporate Dr,   Reading, PA 19605-3340
13957090     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 25 2018 03:03:50
              Credit Collections Svc,   Po Box 773,   Needham, MA 02494-0918
13957091     +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 25 2018 03:03:50
              Credit Collections Svc,   Po Box 607,   Norwood, MA 02062-0607
14016628      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 25 2018 03:00:38
              LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
              LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14016576      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 25 2018 03:08:55
              LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
              Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13957094     +E-mail/PDF: pa_dc_claims@navient.com Jan 25 2018 03:00:34     Navient Solutions Inc,
              11100 Usa Pkwy,   Fishers, IN 46037-9203
13990035      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 25 2018 03:16:53
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13957096     +E-mail/Text: blegal@phfa.org Jan 25 2018 03:03:04     Pa Housing Finance Age,   211 N Front St,
              Harrisburg, PA 17101-1406
13957095     +E-mail/Text: blegal@phfa.org Jan 25 2018 03:03:05     Pa Housing Finance Age,   Po Box 8029,
              Harrisburg, PA 17105-8029
13957097     +E-mail/Text: bankruptcy@sw-credit.com Jan 25 2018 03:03:03     Southwest Credit Systems,
              4120 International Parkway Ste 1100,   Carrollton, TX 75007-1958
13957098     +E-mail/Text: bankruptcy@sw-credit.com Jan 25 2018 03:03:03     Southwest Credit Systems,
              4120 International Pkwy,   Carrollton, TX 75007-1958
13963279      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 25 2018 03:08:58     T Mobile/T-Mobile USA Inc,
              by American InfoSource LP as agent,   PO Box 248848,   Oklahoma City, OK  73124-8848
14001747      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 25 2018 03:09:36     Verizon,
              by American InfoSource LP as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           AmeriCredit Financial Services, Inc. A/C dba GM Fi
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: Jennifer              Page 2 of 2                   Date Rcvd: Jan 24, 2018
                               Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2018 at the address(es) listed below:
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Antoine  Nguyen support@ymalaw.com,    ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    ANTOINE NGUYEN, :
        Debtor(s) : Bky. No. 17-15020 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **January 23, 2018**

                                          **ERIC L. FRANK**
                                          **CHIEF U.S. BANKRUPTCY JUDGE**